THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT SPRIGGS, Appellant.

*People* **v.** *Spriggs,* 119 App. Div. 236, appeal dismissed.
(Submitted January 18, 1909; decided January 26, 1909.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 24, 1907, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of abduction.

The motion was made on the ground of failure of the appellant to perfect or prosecute the appeal.

*William Travers Jerome, District Attorney (Alexander A. Mayper* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

BROOKLYN DISTILLING COMPANY, Respondent, *v.* STANDARD DISTILLING AND DISTRIBUTING COMPANY, Appellant.

(Submitted January 18, 1909; decided January 26, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 193 N. Y. 551.)